CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8911
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID EQUIHUA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:21-cv-01912-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by February 7, 2022. This is the Commissioner's first request for an extension of time. In support of this request, Defendant states the following:

1. The COVID-19 pandemic significantly impacted Defendant's operations, and particularly the Office of Appellate Operations (OAO).[1] Beginning in mid-March 2020, OAO's staff members began to telework to protect employee health and prevent the spread of COVID-19. As a result, critical in-person physical tasks associated with preparing CARs could not be accomplished. To ensure continuity of operations, OAO redesigned its business practices to allow for a mostly virtual preparation process. The transition required, among other things, OAO to modify and test technology, retrain staff, and modify blanket purchasing agreements with the transcription typing services relied upon to prepare transcripts of agency hearings. OAO has continued to innovate in order to improve productivity.

2. In addition to the impact the COVID-19 pandemic has had on physical operations, a major contributing factor to OAO operations was a substantial increase in district court filings. New case receipts during the last quarter of FY 2020 and the first quarter of FY 2021 increased (on average) to 2,257 case receipts per month, as compared to 1,458 per month for the same period one year before.

3. As of the end of September 2021, OAO had approximately 1,500 pending new court cases, representing a decrease in the backlog of more than 9,500 cases since January 2021.

4. There remains, however, a backlog of cases to be processed, including this case. The undersigned has communicated with OAO on the CAR in this case, and OAO informed the undersigned that it is waiting on the transcript of the administrative hearing. OAO does not believe the CAR will be completed by the current deadline, but it believes a 30-day extension will be sufficient to complete the record in this case.

---

[1] OAO is based in Falls Church, Virginia, and is the office responsible for physically producing the certified administrative records for cases nationwide that are filed under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h).

Unopposed Mot. for Ext.; No. 2:21-cv-01912-EJY    1

Accordingly, Defendant requests an extension in which to respond to the Complaint until March 9, 2022. If Defendant is unable to produce the certified administrative record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On January 26, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 9, 2022.

Dated: January 26, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 26, 2022