Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law:5791
Shook & Stone
 710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  lstone@shookandstone.com

Attorneys for Plaintiff David Angel Equihua

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ANGEL EQUIHUA, | Case No.: 2:21-cv-01912-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff David Angel Equihua and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from April 6, 2022 to May 6, 2022, for Plaintiff to send his Motion for Remand/Reversal with all other dates in

-1-


the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: April 6, 2022                Respectfully submitted,

                                       LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                    /s/ *Marc V. Kalagian*
BY: _____
                    Marc V. Kalagian
                    Attorney for plaintiff David Angel Equihua

DATE: April 6, 2022                        CHRISTOPHER CHIOU
                                         Acting United States Attorney

                                       /s/ Allison J. Cheung

BY: _____

                    Allison J. Cheung
                    Special Assistant United States Attorney
                    Attorneys for defendant Nancy A. Berryhill
                    Acting Commissioner of Social Security
                    |*authorized by e-mail|

DATED: April 6th, 2022

IT IS SO ORDERED:

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:21-CV-01912-EJY**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 6, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____