UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID EQUIHUA,<br><br>  Plaintiff,<br><br>  v.<br><br>KILILO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:21-cv-01912-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Attorney of Record (ECF No. 22). The Motion makes clear that Plaintiff has ceased all communication with his counsel who has sought to reach him by mail and phone. Plaintiff's opening brief is due May 6, 2022. In order to determine whether Plaintiff intends to proceed with this action, the Court enters the following order.

IT IS HEREBY ORDERED that Plaintiff shall respond to the Motion to Withdraw as Attorney of Record (ECF No. 22) no later than **May 10, 2022**. Plaintiff must indicate to the Court whether he seeks to continue with this action and whether he intends to retain new counsel to assist him.

IT IS FURTHER ORDERED that counsel for Plaintiff shall mail a copy of this Order to Plaintiff via a reliable overnight service as well as by regular U.S. Mail and, if available, deliver the same to Plaintiff by email. Counsel for Plaintiff shall file a notice regarding compliance with this Order.

1    IT IS FURTHER ORDERED that if Plaintiff fails to respond to this Order by May 10, 2022, the Court will grant the Motion to Withdraw and provide Plaintiff one additional opportunity to file an opening brief seeking relief, which brief shall be due within approximately 14 days from the date of that Order.  Failure to file a timely opening brief will result in an order to show cause why this matter should not be dismissed.

DATED this 3rd day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE