UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID EQUIHUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILILO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:21-cv-01912-EJY<br><br>**ORDER** |

On May 3, 2022, the Court entered an Order regarding the Motion to Withdraw as Attorney of Record for Plaintiff (ECF No. 22). The Court ordered Plaintiff to file a response to the Motion by May 10, 2022. *Id*. The Court instructed Plaintiff to advise whether he intends to proceed with this action and is seeking new counsel. The Court further stated that if Plaintiff did not respond by May 10, 2022, the Court would grant the Motion to Withdraw and provide Plaintiff one additional opportunity to file an opening brief within approximately 14 days of the date of the Order. The Court stated that failure to file a timely opening brief would result in an order to show cause why this matter should not be dismissed. As of today's date, Plaintiff has not responded to the Court's May 3, 2022 Order.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record for Plaintiff (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that, *sua sponte*, the Court extends the due date for Plaintiff's opening brief in support of remand to **May 27, 2022**.

IT IS FURTHER ORDERED that if no opening brief on behalf of Plaintiff is filed on or before that date, the Court will issue an Order to Show Cause why this case should not be dismissed.

DATED this 11th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE